Dennis PULLEN, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 61447.

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 22, 1992.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
Oct. 29, 1992.

Application to Transfer Denied
Nov. 24, 1992.

Dave Hemingway, St. Louis, for movant/appellant.

William L. Webster, Elizabeth L. Ziegler, Office of Atty. Gen., Jefferson City, for respondent/respondent.

### ORDER

PER CURIAM.

Movant appeals the denial without an evidentiary hearing of his Rule 24.035 motion. We affirm. The judgments are based upon findings of fact that are not clearly erroneous and no error of law appears. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order pursuant to Rule 84.16(b).